# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TXu 1-883-621

**Effective date of registration:**

September 25, 2013

---

## Title
**Title of Work:** NX 9

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** Siemens Product Lifecycle Management Software Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.
5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions
- **Organization Name:** Siemens Product Lifecycle Management Software Inc.
- **Name:** Allen Scott Lineberry
- **Email:** trademarks@ugs.com
- **Telephone:** 972-987-3211
- **Address:** 5800 Granite Parkway, Suite 600
  Plano, TX 75024 United States

## Certification
- **Name:** Allen Scott Lineberry
- **Date:** September 25, 2013
- **Applicant's Tracking Number:** 2013Z19962 US

**Registration #:** TXU001883621
**Service Request #:** 1-999274692

Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024  United States