# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-026-270**

**Effective Date of Registration:**
February 16, 2017

## Title

**Title of Work:** FloTHERM

**Previous or Alternate Title:** FloTHERM 11.0 et seq.

FloTHERM 10.0 et seq.

FloTHERM 8.0 et seq.

FloTHERM 7.0 et seq.

FloTHERM PCB

FloVent

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Mentor Graphics Corporation
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Mentor Graphics Corporation
8005 SW Boeckman RD, Legal Department, Wilsonville, OR, 97070, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu000510943, 1992

**New material included in claim:** text, computer program

## Certification

Page 1 of 2

**Name:** Libbey Krager
**Date:** February 16, 2017
**Applicant's Tracking Number:** FloTHERM 2-16-17

**Correspondence:** Yes