Attachment to AO121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| TXu 1-769-323 | NX 8 | Siemens Product Lifecycle Management Software Inc. |
| TXu 1-883-621 | NX 9 | Siemens Product Lifecycle Management Software Inc. |
| TXu 1-965-012 | NX 10 | Siemens Product Lifecycle Management Software Inc. |
| TXu-2-022-251 | NX 11 | Siemens Product Lifecycle Management Software Inc. |
| TXu 2-082-914 | NX 12 | Siemens Product Lifecycle Management Software Inc. |
| TXu 1-939-173 | Femap 11 | Siemens Product Lifecycle Management Software Inc. |
| TXu 2-026-270 | FloTHERM | Mentor Graphics Corporation |
| TXu 1-876-437 | Solid Edge with synchronous technology 6 | Siemens Product Lifecycle Management Software Inc. |
| TXu 1-987-364 | Solid Edge with synchronous technology 8 | Siemens Product Lifecycle Management Software Inc. |
| TXu 2-020-404 | Solid Edge with synchronous technology 9 | Siemens Product Lifecycle Management Software Inc. |